**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

V.    INFORMATION NO. 6:23-CR-65-CHB
      18 U.S.C. § 371

**MARSHALL E. HOLBROOK**

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

From in and around January 2015 to March 2019, in Laurel and Whitley Counties, in the Eastern District of Kentucky and elsewhere,

**MARSHALL E. HOLBROOK**

knowingly and voluntarily conspired with another to violate laws of the United States, that is, to unlawfully convert more than $1,000 in natural gas from an interstate pipeline system, contrary to 18 U.S.C. § 659; and committed an overt act in furtherance of the conspiracy and to achieve its illegal objects, by manipulating the meter at Delta Gas Station #328 to indicate a higher amount of natural gas flow than the actual true amount of gas flowing through the meter.

All in violation of 18 U.S.C. § 371.

_____ for
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 5 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.